# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA IRONWORKERS FIELD PENSION TRUST, CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, CALIFORNIA FIELD IRONWORKERS VACATION TRUST, CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST, CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST, AND IRONWORKERS WORKERS' COMPENSATION TRUST,<br><br>        Plaintiffs,<br>  v.<br><br>SOCAL IRONWORKS, INC., a corporation.<br><br>        Defendant. | CASE NO. CV 07-1751 JSL (PLAx)<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

The Application of Judgment Creditors for Renewal of Judgment, originally entered by this Court on June 15, 2007, has been considered upon GOOD CAUSE APPEARING, it is ordered that:

Judgment Creditors, CALIFORNIA IRONWORKERS FIELD PENSION TRUST, CALIFORNIA IRONWORKERS FIELD WELFARE PLAN, CALIFORNIA FIELD IRONWORKERS VACATION TRUST, CALIFORNIA FIELD IRONWORKERS APPRENTICESHIP TRAINING AND JOURNEYMAN RETRAINING FUND, CALIFORNIA AND VICINITY FIELD IRONWORKERS ANNUITY TRUST FUND, CALIFORNIA FIELD IRONWORKERS ADMINISTRATIVE TRUST, CALIFORNIA FIELD IRONWORKERS LABOR MANAGEMENT COOPERATIVE TRUST, and IRONWORKERS WORKERS' COMPENSATION TRUST, shall have a Renewal of Judgment against Judgment Debtor, SOCAL IRONWORKS, INC., a corporation.

Renewal of money judgment against SOCAL IRONWORKS, INC., a corporation:

| | |
|---|---|
| a. Total Judgment | $646,391.90 |
| b. Costs after Judgment | $0.00 |
| c. Subtotal (a. and b.) | $646,391.90 |
| d. Credits after Judgment | $262,466.67 |
| e. Subtotal (d. from c.) | $383,925.23 |
| f. Interest after Judgment | $229,712.54 |
| g. Fee for filing renewal application | $0.00 |
| h. Total renewed Judgment (e., f., and g.) | $613,637.77 |

This Renewal of Judgment extends the period of enforceability of the Judgment until 10 years from the date of the Application for Renewal was filed.

DATED: 4/24/2017     CLERK OF COURT

By:   s/  J. Remigio
      Deputy Clerk

RENEWAL OF JUDGMENT BY CLERK